726 A.2d 254

IN THE MATTER OF NORMAN J. CHIDIAC,
AN ATTORNEY AT LAW.

March 23, 1999.

## ORDER

The Disciplinary Review Board on August 27, 1998, having filed with the Court its decision concluding that **NORMAN J. CHIDIAC** of **CLIFTON**, who was admitted to the bar of this State in 1970, should be suspended from the practice of law for a period of six months for violating *RPC* 1.1(a) (gross neglect), *RPC* 3.3(a)(5) (failure to disclose to a tribunal a material fact with knowledge that the tribunal may be misled), *RPC* 3.4(c) (knowingly disobeying an obligation under the rules of a tribunal), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **NORMAN J. CHIDIAC** is suspended from the practice of law for a period of six months, and until further Order of the Court, effective April 19, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.